No. 02–7402.  BREWER v. ANDERSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 02–7422.  GANZIE v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 02–7438.  HAMMOND v. GONZALEZ, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 02–7439.  HARRIS v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 02–7441.  GOLDWATER v. HURTT.  Ct. App. Ariz.  Certiorari denied.

No. 02–7442.  FISHER v. GREENVILLE COUNTY SHERIFF'S OFFICE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–7444.  GAY v. BLAINE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–7445.  SIAO-PAO v. TRAVIS, CHAIRPERSON, NEW YORK BOARD OF PAROLE.  C. A. 2d Cir.  Certiorari denied.

No. 02–7446.  SMITH v. NEW JERSEY.  C. A. 3d Cir.  Certiorari denied.

No. 02–7447.  BRUNER v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 02–7453.  OWENS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–7456.  GIBBS v. SMITHSONIAN INSTITUTION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 02–7458.  GONZALEZ v. FAIRMAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–7477.  DENNES v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.